UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CAPITOL RECORDS, INC.,
a Delaware corporation,

                      Plaintiffs,

    - v -

DIRECT SOURCE, a Canadian corporation,

                      Defendant.
-----------------------------------------------------------X

**JUDGE KARAS**

Case No. 07-CV-2995

RULE 7.1 STATEMENT

RECEIVED APR 1 3 2007 U.S.D.C. S.D.N.Y. CASHIERS

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Capitol Records, Inc. (a private non-governmental party) identifies the following parent corporations and any publicly held company that owns 10% or more of any of Plaintiff's stock.

        Capitol-EMI Music Inc.
        EMI Group North America Holdings, Inc.
        EMI Group International BV
        EMI Group Holdings BV
        EMI Group International Holdings Ltd.
        EMI Group Worldwide Ltd.
        Virgin Music Group Ltd.; and
        EMI Group plc.

    EMI Group plc is publicly traded on the London Stock Exchange.

Date: April 13, 2007

                                                        /s/ Joseph Sullivan
                                                        Attorney Bar Code: JS 1889