UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/07

Capitol Records, Inc. *a Delaware corporation*,
                Plaintiff,

-v-

Direct Source *a Canadian corporation*,
                Defendant.

Case No. 07 cv 02995(RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    It having been reported to the Court that this action has been resolved,

    IT IS HEREBY ORDERED, that this action is discontinued with prejudice but without costs; provided, however, that if the settlement is not consummated within 30 days of the date of this Order, any party may apply by letter within the 30 day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED,

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       November 6, 2007

# SHEINDLIN & SULLIVAN, LLP

ATTORNEYS AT LAW

350 BROADWAY, 10th FLOOR
NEW YORK, NEW YORK 10013

GREGORY E. SHEINDLIN
JOSEPH J. SULLIVAN III

(646) 201-9120
FAX: (212) 202-4378
js@sheindlinsullivan.com

November 6, 2007

VIA EMAIL

Hon. Richard J. Sullivan
United States Courthouse
500 Pearl Street, Room 615
New York, NY 10007

    Re:    Capitol Records, Inc. v. Direct Source
             (Case No. 07 CV 2995)

Dear Judge Sullivan:

    I am writing on behalf of the parties in response to your order dated November 1, 2007 requesting that the parties submit a status letter regarding the above-referenced case. My client has conferred with Paul G. Marshall, Esq., counsel to defendant, and defendant joins in the below request.

    The parties have agreed in principle to settle the above-referenced case and are in the process of completing the settlement documents and stipulation of dismissal with prejudice. Given that we anticipate completing the settlement documents within the near future, we request that the status conference scheduled for November 9, 2007 be canceled and the case management plan not be submitted as unnecessary.

Very truly yours,

*Joseph Sullivan*
Joseph Sullivan